.

.

Amy W. Schulman, Esq.
DLA Piper US LLP
1251 Avenue of the Americas
New York, New York  10020-1104
Tel:  (212) 835-6108
Fax:  (212) 884-8675

Attorney for Defendants

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE:  BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | MDL NO. 1699 |
| Plaintiff, | Case No. M:05-CV-01699-CRB |
| v. | |
| This document relates to *Billy Lafoon v. Pfizer, Inc., et al.;* 4:05-cv-01639-CRB | |
| Defendant. | |

## ORDER FOR VOLUNTARY DISMISSAL WITH PREJUDICE REGARDING PLAINTIFF BILLY LAFOON

**IT IS HEREBY ORDERED** pursuant to the above Stipulation, that the claim of

plaintiff, Billy Lafoon, in the above-referenced matter is dismissed with prejudice.

Dated: ____9/1·7____ , 2007.


Judge Charles R. Breyer
United States District Court

mmanage9544951